UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JOHN BAKER, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 3:17-CV-47 |
| § | |
| PNC BANK, NATIONAL § | |
| ASSOCIATION, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

The parties to this lawsuit have filed a Joint Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Galveston, Texas, this 8th day of May, 2017.

*George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge